Joseph T. Clees, No. 009645
Karen Gillen, No. 018008
Ogletree, Deakins, Nash, Smoak & Stewart, P.C., No. 00504800
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 778-3700
joe.clees@ogletreedeakins.com
karen.gillen@ogletreedeakins.com

Attorneys for Honeywell International, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Zbigniew Myko, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>Honeywell International, Inc., a New Jersey corporation; John Does and Jane Does 1-10; ABC Partnerships 1-5; XYZ Corporations 1-5; Black Limited Liability Companies 1-5,<br><br>    Defendants. | No. CV05-3909-PHX-HRH<br><br>**HONEYWELL INTERNATIONAL INC.'S ANSWER** |

For its answer to plaintiff's complaint, defendant, Honeywell International Inc. admits, denies, and alleges:

    1. Admits that it is licensed and authorized to do business in the State of Arizona as alleged in paragraph 2 of the Complaint; alleges that defendant is a corporation organized under the laws of the State of Delaware with its principal offices in New Jersey.

    2. Admits that this Court has jurisdiction over this matter as alleged in paragraph 3 of the Complaint.

    3. Admits that plaintiff was employed by defendant from January 4, 1998 to November 18, 2003, as alleged in paragraph 4 of the Complaint.

4. Admits that on November 18, 2003, plaintiff was presented with an Employment Separation Agreement and Release ("Severance Agreement") as alleged in paragraph 5 of the Complaint. The Severance Agreement speaks for itself with respect to any severance and/or benefits offered to plaintiff.

5. Defendant denies the allegations set forth in paragraph 6 of the Complaint and further alleges that it has in place a Severance Pay Plan for Designated Employees of Honeywell International Inc. to provide severance benefits to certain eligible employees as set forth in the Plan, and that the Plan is a welfare benefit plan within the meaning of ERISA.

7. Denies each and every allegation not expressly admitted or pleaded to herein.

8. Defendant requests that this Court award its attorneys' fees and costs incurred in connection with this matter pursuant to 29 U.S.C. § 1132(g) and A.R.S. § 12-341.01.

9. Plaintiff's Complaint fails to state a claim upon which relief may be granted against this answering defendant.

10. Defendant has at all times acted reasonably and in good faith with respect to the allegations set forth in plaintiff's Complaint.

11. The claims for relief purported to be set forth in the Complaint are, or may be, barred by the applicable statute of limitations.

12. The claims for relief purported to be set forth in the Complaint are, or may be, barred by plaintiff's failure to exhaust administrative remedies.

13. The claims for relief purported to be set forth in the Complaint are, or may be, barred because any right to accept the Severance Agreement lapsed.

14. The claims for relief purported to be set forth in the Complaint are, or may be, barred by matters constituting an avoidance or affirmative defense including, without limitation, failure of consideration, statute of limitations, and those listed in Rule 8(c), Federal Rules of Civil Procedure.

WHEREFORE, having fully defended, Honeywell International Inc., requests:

1. That plaintiff's Complaint be dismissed with prejudice and that plaintiff take nothing thereby;

2. That defendant be awarded its costs and attorneys' fees incurred herein; and,

3. For such other and further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED this 3rd day of March 2006.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.


By:s/Karen Gillen
Joseph T. Clees
Karen Gillen
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Attorneys for Honeywell International, Inc.

3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of March 2005, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Antonio M. Rosacci, Esq.
The Rosacci Law Firm, P.C.
3411 North 32nd Street
Phoenix, Arizona 85018
Attorneys for Plaintiff


s/Debra A. Irwin