## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

|  |  |
|---|---|
| ZBIGNIEW MYKO, <br><br>              Plaintiff, <br><br>  v. <br><br>HONEYWELL INTERNATIONAL INC. <br>              Defendant. | ) **JUDGMENT IN A CIVIL CASE** <br>) <br>) CV 05-3909-PHX-HRH <br>) <br>) <br>) <br>) <br>) <br>) <br>) |

\_\_         **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX         **Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's order signed April 18, 2007, judgment is entered in favor of defendant and against plaintiff.  Plaintiff to take nothing and the amended complaint is dismissed with prejudice.

April 19, 2007

                                  RICHARD H. WEARE  
                                  District Court  
                                  Executive/Clerk

                                  By: s/D. Taylor  
                                      Deputy Clerk