IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES - GENERAL

Phoenix/Prescott Division

2:05-cv-03909-HRH                              DATE: April 16, 2007

Year Case No   Initials

Title: ZBIGNIEW MYKO                    vs.  HONEYWELL INTERNATIONAL, INC.
       Plaintiff                              Defendant

================================================================================

HON: JOHN W. SEDWICK                              Judge #_____

APRIL KARPER                                      APRIL KARPER
Deputy Clerk                                      Court ECR

**Attorney(s) for Plaintiff**                     **Attorney(s) for Defendant(s)**

ANTONIO MARCO ROSACCI*                            NONNIE L. SHIVERS*

                                                  KAREN GILLEN*

================================================================================
PROCEEDINGS:    X    Open Court    _____ Chambers    _____ Other
*Telephonic

At 1:31 p.m. (AST) court convened for telephonic oral argument.

Oral arguments heard re defendant's Motion for Summary Judgment (dkt 23) and plaintiff's Motion for Summary Judgment (dkt 28).

Court heard. Matters taken **UNDER ADVISEMENT,** written ruling to issue.

At 1:54 p.m. (AST) court adjourned.

/____/ Notice to Counsel

CivGen #10-1/94